

**COM.**

v.

**LAZEAR, J.**

**134 WDA 2016**

Superior Court of Pennsylvania.

05/05/2017

CP–02–CR–0014607–2008 (Allegheny)

Affirmed

**COM.**

v.

**ROSS, D.**

**217 WDA 2016**

Superior Court of Pennsylvania.

05/05/2017

CP–02–CR–0011234–2006 (Allegheny)

Affirmed

**COM.**

v.

**CASHAW, D.**

**521 WDA 2016**

Superior Court of Pennsylvania.

05/05/2017

CP–11–CR–0000593–2014 (Cambria)

Affirmed

**COM.**

v.

**CASHAW, D.**

**522 WDA 2016**

Superior Court of Pennsylvania.

05/05/2017

CP–11–CR–0000596–2014 (Cambria)

Affirmed

**COM.**

v.

**GREULICH, B.**

**573 WDA 2016**

Superior Court of Pennsylvania.

05/05/2017

CP–02–CR–0002778–2015 (Allegheny)

Affirmed

**COM.**

v.

**PIERCE, S.**

**653 WDA 2016**

Superior Court of Pennsylvania.

05/05/2017

CP–65–CR–0004510–2009 (Westmore-land)

Vacated/Remanded

